UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN FITZGERALD MESCALL,

                          Plaintiff,

-against-

PATRICK MCFARLAND, RRM HOME CONFINEMENT COORDINATOR;
FEDERAL BUREAU OF PRISONS;
COLETTE S. PETERS, DIRECTOR, FEDERAL BUREAU OF PRISONS;
MAGALY COSME, DIRECTOR, BRONX COMMUNITY REENTRY CENTER (GEO),

                          Defendants.

**ORDER**

23-CV-689 (JHR) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2023

**KATHARINE H. PARKER, United States Magistrate Judge.**

The deadline for service has passed, but there is no affidavit of service on Patrick Mcfarland, the Federal Bureau of Prisons, and Colette S. Peters ("Federal Defendants"). By **June 13, 2023**, Plaintiff is ordered to file an affidavit of service on the Federal Defendants or write a letter to the Court with an update on service.

    **The Clerk of Court is respectfully requested to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
         May 30, 2023

                                        SO ORDERED.

                                        KATHARINE H. PARKER
                                        United States Magistrate Judge