```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN FITZGERALD MESCALL,

                        Plaintiff,

    -against-

PATRICK MCFARLAND, RRM HOME CONFINEMENT COORDINATOR; FEDERAL BUREAU OF PRISONS; COLETTE S. PETERS, DIRECTOR, FEDERAL BUREAU OF PRISONS; MAGALY COSME, DIRECTOR, BRONX COMMUNITY REENTRY CENTER (GEO),

                        Defendants.

23-CV-689 (JHR) (KHP)

<u>ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE</u>

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A telephonic Case Management Conference is hereby scheduled for <u>**Tuesday, July 25, 2023 at 3:30 p.m.**</u>  The parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: June 29, 2023
       New York, New York

                                  SO ORDERED.

                                  */s/ Katharine H. Parker*

                                  **KATHARINE H. PARKER**
                                  **United States Magistrate Judge**