UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN FITZGERALD MESCALL,

                              Plaintiff,

-against-

PATRICK MCFARLAND, RRM HOME
CONFINEMENT COORDINATOR;
FEDERAL BUREAU OF PRISONS;
COLETTE S. PETERS, DIRECTOR,
FEDERAL BUREAU OF PRISONS;
MAGALY COSME, DIRECTOR, BRONX
COMMUNITY REENTRY CENTER (GEO),

                              Defendants.

**ORDER**

23-CV-689 (JHR) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2023

**KATHARINE H. PARKER, United States Magistrate Judge.**

    The Court has been informed that the Defendants have all been served. By July 20, 2023, Defendants shall respond to Plaintiff's TRO.

    **The Clerk of Court is respectfully requested to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
       July 5, 2023

                                                SO ORDERED.

                                                KATHARINE H. PARKER
                                                United States Magistrate Judge