UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN FITZGERALD MESCALL,<br><br>                         Plaintiff,<br><br>    -against-<br><br>PATRICK MCFARLAND, RRM HOME CONFINEMENT COORDINATOR; FEDERAL BUREAU OF PRISONS; COLETTE S. PETERS, DIRECTOR, FEDERAL BUREAU OF PRISONS; MAGALY COSME, DIRECTOR, BRONX COMMUNITY REENTRY CENTER (GEO),<br><br>                         Defendants. | 23-CV-689 (JHR) (KHP)<br><br>**ORDER**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/25/2023 |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed in the July 25, 2023 conference, Defendant's opposition to the TRO is due **August 11, 2023**. By **August 25, 2023**, Plaintiff shall respond. Replies are due **September 8, 2023**.

The Clerk of Court is requested to mail a copy of this order to the Plaintiff.

Dated: July 25, 2023
       New York, New York

                                        SO ORDERED.

                                        _____
                                        **KATHARINE H. PARKER**
                                        **United States Magistrate Judge**