UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2023
```

SEAN FITZGERALD MESCALL,

                Plaintiff,

-v.-

PATRICK MCFARLAND, RRM HOME CONFINEMENT COORDINATOR; FEDERAL BUREAU OF PRISONS; COLETTE S. PETERS, DIRECTOR, FEDERAL BUREAU OF PRISONS; MAGALY COSME, DIRECTOR, BRONX COMMUNITY REENTRY CENTER (GEO),

                Defendants.

23 Civ. 689 (JHR) (KHP)

ORDER

JENNIFER H. REARDEN, District Judge:

      On February 14, 2023, the Court referred this case to Magistrate Judge Parker for general pretrial purposes and to issue a report and recommendation on Plaintiff's January 24, 2023 motion for a temporary restraining order (ECF No. 2). *See* ECF No. 10 (Order of Reference). By separate Order today, the Court is amending its Order of Reference to withdraw the referral of Plaintiff's motion for a temporary restraining order. Magistrate Judge Parker will continue to preside over this matter for general pretrial purposes. In addition, all deadlines set by Magistrate Judge Parker, including the briefing schedule on the motion for a temporary restraining order issued on July 25, 2023 (ECF No. 22), shall remain in effect.

      The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

      SO ORDERED.

Dated: July 28, 2023
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge